1  STEVEN G. KALAR
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant AMAYA
6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )   No. CR-13-086 WHA
                                      )
12 |             Plaintiff,            )   STIPULATION AND [PROPOSED]
                                      )   ORDER TO CONTINUE
13 |                                   )
   | v.                                )
14 |                                   )
                                      )
15 | CARLOS AMAYA,                    )
                                      )
16 |             Defendant.            )
   |_____)
17

18        The parties jointly request that, subject to the Court's approval, the change of plea

19 hearing presently set for April 9, 2013 be continued to April 23, 2013 at 2:00 p.m.

20        At the last appearance, the Court set the above-captioned matter over until April 9 for

21 possible change of plea. Since then, the parties have reached an agreement and the defendant is

22 prepared to plead guilty; however, defense counsel has since learned that she will be unavailable

23 on April 9. Accordingly, the parties jointly request that the appearance be continued from April

24 9, 2013 to April 23, 2013.

25        For the above reasons, the parties stipulate there is good cause – taking into account the

26 public interest in the prompt disposition of this case – to exclude the time from April 9, 2013 to

1  April 23, 2013 from computation under the Speedy Trial Act, and that failing to exclude that
2  time would unreasonably deny the defendant and his counsel the reasonable time necessary for
3  continuity of counsel, taking into account the exercise of due diligence.  18 U.S.C. §
4  3161(h)(7)(A) and (B)(iv).  The parties further agree that the ends of justice would be served by
5  excluding the time from April 9, 2013 to April 23, 2013 from computation under the Speedy
6  Trial Act and that the need for the exclusion outweighs the best interests of the public and the
7  defendant in a speedy trial.
8      IT IS SO STIPULATED.
9

10  __4/4/13_____       _____/s/_____
    DATED       KATHRYN HAUN
11       Assistant United States Attorney
12
    __4/4/13_____       _____/s/_____
13  DATED       JODI LINKER
     Assistant Federal Public Defender
14
15
16      IT IS SO ORDERED.
17
18  __April 4, 2013.__       _____
    DATED       WILLIAM H. ALSUP
19       United States District Judge
20
21
22
23
24
25
26

Stipulation & [Proposed] Order to Continue;
*U.S. v. Amaya*, Case No. 13-086 WHA       2