United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. CR 13-00086 WHA |
| v. | |
| CARLOS AMAYA, | **REQUEST FOR GOVERNMENT AND PROBATION RESPONSE** |
| Defendant. | |

Defendant Carlos Amaya has filed a motion to reduce his sentence pursuant to 18 U.S.C. 3582(c)(2) and Amendment 782 (Dkt. No. 35). The government and the probation department are requested to respond to defendant's motion by **NOON ON FEBRUARY 27, 2015**.

Dated: February 19, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE