MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

J. DOUGLAS WILSON (DCBN 412811)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6778
    FAX: (415) 436-7234
    Doug.wilson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 13-00086 WHA |
|     Plaintiff, ) | |
|   v. ) | UNITED STATES' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION UNDER 18 U.S.C. § 3582(c)(2) AND [~~PROPOSED~~] **ORDER** |
| CARLOS AMAYA, ) | |
|     Defendant. ) | |

By order issued February 20, 2015, the Court directed the United States and the Probation Department to advise the Court of their position on defendant Carlos Amaya's motion under 18 U.S.C. § 3582(c)(2) by noon on February 27, 2015. As of February 26, 2015, Probation has not received all the materials necessary to formulate a position on Amaya's motion. In particular, Probation cannot file a response because it has not yet obtained all of Amaya's records from the Bureau of Prisons. Because the United States generally follows Probation's recommendation on Section 3582(c)(2) motions, the United States seeks a two-week extension, until March 13, 2015, to file its response to Amaya's request for relief.

//

1  Amaya will not be prejudiced by the requested continuance because under Guidelines Amendment 782,
2  the Court cannot grant relief that is effective before November 1, 2015.  In addition, Amaya's BOP
3  release date, without any reduction, is November 22, 2019.  The Federal Public Defender, which is
4  representing Amaya, has no objection to this continuance.

6  DATED:  February 26, 2015.                             Respectfully submitted,

7                                                        MELINDA HAAG
                                                         United States Attorney
8

9
                                                              /s/
10                                                       _____

                                                         J. DOUGLAS WILSON
11                                                       Assistant United States Attorney

12

13       It is ORDERED that the government's request for a two-week extension until March 13, 2015, to
14  file its response is hereby **GRANTED.**

16  DATED:  February 26, 2015.

17
                                                         _____
18
                                                         WILLIAM H. ALSUP
19                                                       United States District Judge

OPPORTUNITY TO MOTION                    - 2 -
NO. CR 13-00086 WHA