AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| United States of America | )  |
|---|---|
| v. | ) |
| CARLOS AMAYA | ) Case No: 0971 3:13CR00086-001 WHA |
|  | ) USM No: 17960-111 |
| Date of Original Judgment: 08/15/2013 | ) |
| Date of Previous Amended Judgment: | ) Shilpi Agarwal (AFPD) |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 30 months **is reduced to** 24 months*.

*(Complete Parts I and II of Page 2 when motion is granted)*

*24 months on Count Three and 60 months on Count Five, all counts to be served consecutively for a total sentence of 84 months.

Except as otherwise provided, all provisions of the judgment dated 08/15/2013 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 9/14/2015

*Judge's signature*

Effective Date: 11/01/2015   Honorable William Alsup, United States District Judge
*(if different from order date)*   *Printed name and title*